### Tycent Heindselman v. The People of the State of Illinois.

1. BASTARDY—*Erroneous Instructions.*—In a bastardy proceeding, it is error to instruct the jury that " the mother of the child is most likely to know who its father is, and by whom it was begotten, and it is for the jury to determine from all the evidence in the case, and all the circumstances, whether they believe the prosecuting witness has told the truth in this case or not."

Memorandum.—Bastardy proceedings.     Appeal from the County Court of Richland County; the Hon. T. A. FRITCHEY, Judge, presiding. Heard in this court at the August term, A. D. 1893.     Reversed and remanded.     Opinion filed March 23, 1894.

The opinion states the case.

R. B. WITCHER and McCAULEY & ROWLAND, attorneys for appellant.

No appearance for appellee.

MR. JUSTICE SAMPLE DELIVERED THE OPINION OF THE COURT.

The appellant was found to be the father of the bastard child of Estella Elston, and appealed the case to this court. Numerous errors are assigned. The third, sixth, seventh, eighth and ninth instructions given for the appellee, were erroneous. The eighth was: " The court instructs the jury that the mother of the child is most likely to know who its father is, and by whom it was begotten, and it is for the jury to determine from all the evidence in the case, and all

the circumstances, whether they believe the prosecuting witness has told the truth in this case or not."

Comment is unnecessary on this instruction. The ninth instruction is as fatally defective.

The appellee filed no briefs in this case, and therefore, under rule 27 of this court, we are authorized to reverse. The judgment is reversed and the cause remanded.